# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MITCHELL TECONCHUK,                                        PLAINTIFF
ADC #158686

V.                  5:18CV00125-JM-JTK

DEWAYNE DUDLEY, et al.                                DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant Arkansas Department of Correction is DISMISSED from Plaintiff's Complaint.

2. Plaintiff's defamation claim is DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 12th day of June, 2018.

                                       _____
                                       JAMES M. MOODY, JR.
                                       UNITED STATES DISTRICT JUDGE