# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MITCHELL TECONCHUK,                                           PLAINTIFF
ADC #158686

v.                     5:18CV00125-JM-JTK

DEWAYNE DUDLEY, et al.                                    DEFENDANTS

## ORDER

Plaintiff has requested a jury trial. The parties, however, have not consented to proceed before a United States Magistrate Judge. The discovery and dispositive motions deadlines have passed, and counsel has been appointed to represent Plaintiff (Doc. No. 23).[1] Defendant is proceeding pro se. This case is now ready to be set for trial before United States District Judge James M. Moody, Jr.

IT IS SO ORDERED this 16th day of July, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Attorney Emily Rae Helmick was appointed to represent Plaintiff on June 4, 2019 (Doc. No. 23).

1