IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MITCHELL TECONCHUK,                                                                         PLAINTIFF
ADC #158686

v.                                              5:18CV00125-JM-JTK

DEWAYNE DUDLEY, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motions for Default Judgment and Judgment (Doc. Nos. 37, 45) are GRANTED.

2. Plaintiff shall have Judgment against Defendant in the amount of $5,000 compensatory damages and $5,000.00 punitive damages.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 23rd day of August, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1