IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MITCHELL TECONCHUK,                                                                          PLAINTIFF
ADC #158686

v.                                          5:18CV00125-JM-JTK

DEWAYNE DUDLEY, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that Plaintiff have Judgment against Defendant in the amount of $10,000.

IT IS SO ADJUDGED this 23rd day of August, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1